IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TIMOTHY G. CHAMBOSSE AKA
TIMOTHY G. KNOBLOCK                                                                PLAINTIFF

V.                                  NO. 11-3054

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                                 DEFENDANT

## **J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 11th day of July, 2012.

*/s/ Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)